```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23121
   LAKISHA S FULTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2897


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/30/2008 and was not confirmed.

      The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------

CREDIT ACCEPTANCE CORP    SECURED VEHIC       2954.86          .00          .00
CREDIT ACCEPTANCE CORP    UNSECURED          NOT FILED         .00          .00
ADVANCE AMERICA           UNSECURED            328.18          .00          .00
ARROW FINANCIAL SERVICES  UNSECURED            421.03          .00          .00
CAPITAL ONE BANK          UNSECURED            452.35          .00          .00
CHECK N GO                UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
CITY OF CALUMET CITY      UNSECURED          NOT FILED         .00          .00
COMMONWEALTH EDISON       UNSECURED            300.22          .00          .00
COMCAST                   UNSECURED          NOT FILED         .00          .00
FIRST CASH ADVANCE        UNSECURED          NOT FILED         .00          .00
CHIRST HOSPITAL           UNSECURED          NOT FILED         .00          .00
ILLINOIS TOLLWAY AUTHORI  UNSECURED          NOT FILED         .00          .00
LAKE IMAGING              UNSECURED            203.00          .00          .00
LASALLE BANK              UNSECURED          NOT FILED         .00          .00
ROUNDUP FUNDING LLC       UNSECURED           1401.80          .00          .00
LOYOLA UNIVERSITY HEALTH  UNSECURED          NOT FILED         .00          .00
PAYDAY LOAN OF IL         UNSECURED          NOT FILED         .00          .00
SPRINT NEXTEL             UNSECURED            738.15          .00          .00
SALLIE MAE INC            UNSECURED          29610.39          .00          .00
T MOBILE                  UNSECURED          NOT FILED         .00          .00
COMPUCREDIT CORPORATION   UNSECURED            647.27          .00          .00
TRS RECOVERY SERVICES     UNSECURED          NOT FILED         .00          .00
PALLINO RECEIVABLES III,  UNSECURED            292.92          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY             .00                       .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                         253.80

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 23121 LAKISHA S FULTON
```

```
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         253.80

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                          253.80
                              ---------------     ---------------
TOTALS                          253.80                 253.80
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/09/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE